IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIEL GOMEZ | ) | |
| | ) | Case No. 18 CV 03335 |
| Plaintiff, | ) | |
| | ) | Hon. Charles P. Kocoras |
| vs. | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| REYNALDO GUEVARA, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CITY OF CHICAGO'S RESPONSE TO
## COURT ORDERED INTERROGATORY

Defendant City of Chicago, through its undersigned attorneys, responds to the interrogatory ordered by Magistrate Judge Cummings on May 13, 2022 (Dkt. #166) as follows:

Identify any recorded phone calls received pursuant to Defendants' record subpoena to the Illinois Department of Corrections/INTEL and produced in discovery in which Plaintiff Gomez states that he: (1) shot Concepcion Diaz; (2) pointed a gun into the crowd at the intersection of Cicero and Diversey; (3) pointed a gun at anyone at the intersection of Cicero and Diversey; or (4) possessed more than one gun at the intersection of Cicero and Diversey, that Defendants intend to use as evidence to support their defenses in this matter.

**ANSWER:** None.

Dated: June 14, 2022

Respectfully submitted,

By: /s/ *Eileen E. Rosen*
Special Assistant Corporation Counsel
One of the attorneys for Defendant City of Chicago

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60654
312.494.1000
erosen@rfclaw.com

## **VERIFICATION**

I, Eileen E. Rosen, verify under penalty of perjury pursuant to 28 U.S.C. §1746 that the answer made in the foregoing Defendant City of Chicago's Response to Court Ordered Interrogatory is true and correct to the best of my knowledge and belief.

Date: June 15, 2022 /s/ *Eileen E. Rosen*
Eileen E. Rosen
Special Assistant Corporation Counsel for the City of Chicago

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of the Defendant City of Chicago's Response to Court Ordered Interrogatory to all counsel of record on June 15, 2022.

*/s/ Eileen E. Rosen*