# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alfredo Gonzalez

                              Plaintiff,

v.                                                         Case No.: 1:22−cv−06496
                                                                        Honorable John F. Kness

Reynaldo Guevara, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic motion hearing and ruling on plaintiff's motion to quash [157] and plaintiff's motion for priority during deposition questioning [159] held on 05/02/2024. For the reasons stated on the record, plaintiff's motion to quash [157], construed as a protective order, is granted, and plaintiff's motion for priority during deposition questioning [159] is denied. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.