IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 22 cv 6496 ) |
| REYNALDO GUEVARA, et al., | ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF ATTORNEYS

Pursuant to Local District Court Rule 83.17, Leinenweber Daffada & Sansonetti, LLC, attorneys Thomas M. Leinenweber, James V. Daffada, John R. Stortz, and Michael J. Schalka, respectfully request leave to withdraw as counsel for Defendant Reynaldo Guevara. In support of this motion, undersigned counsel state as follows:

1. Attorneys Thomas M. Leinenweber, James V. Daffada, John R. Stortz, and Michael J. Schalka request that they be permitted to withdraw their appearances on behalf of Defendant, Reynaldo Guevara and allow attorneys from the law firm of Borkan & Scahill Ltd., to file appearances on behalf of Defendant, Reynaldo Guevara.

2. It is not anticipated that this request for substitution of attorneys will significantly delay any of the proceedings in this case.

WHEREFORE, Leinenweber Daffada & Sansonetti, LLC, attorneys Thomas M. Leinenweber, James V. Daffada, John R. Stortz, and Michael J. Schalka, respectfully request that the Court grant them leave to withdraw as counsel for Defendant, Reynaldo Guevara and allow attorneys from the law firm of Borkan & Scahill, Ltd., to file appearances on behalf of Defendant, Reynaldo Guevara.

Respectfully submitted,

Leinenweber Daffada & Sansonetti, LLC

By: /s/   Michael J. Schalka

    Thomas M. Leinenweber
    James V. Daffada
    John R. Stortz
    Michael J. Schalka
    120 North LaSalle Street
    Suite 2000
    Chicago, IL 60602
    (312) 663-3003
    thomas@ilesq.com
    jim@ilesq.com
    jrs@ilesq.com
    mjs@ilesq.com