# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alfredo Gonzalez

                Plaintiff,

v.

                                                    Case No.: 1:22–cv–06496

                                                    Honorable John F. Kness

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2024:

        MINUTE entry before the Honorable Heather K. McShain: For good cause shown, plaintiff's partially opposed motion to extend fact discovery [194] is granted. All fact discovery to be completed by 09/27/2024. Plaintiff's expert disclosures due 10/28/2024. Defendants' expert disclosures due 11/28/2024. Plaintiff's expert disclosures due 01/03/2025. The joint status report date of 10/04/2024 [193] stands. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.