## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Alfredo Gonzalez

                Plaintiff,

v.                                                   Case No.: 1:22−cv−06496

                                                             Honorable John F. Kness

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 27, 2024:

    MINUTE entry before the Honorable Heather K. McShain: For good cause shown, plaintiff's unopposed motion to extend fact discovery deadline [220] is granted. All fact discovery must be completed by 01/31/2025. Plaintiff's expert disclosures due by 03/03/2025. Defendants' expert disclosures due by 05/02/2025. Plaintiff's rebuttal disclosures due by 06/02/2025. The joint status report date of 01/17/2025 [213] is stricken and reset to 03/07/2025. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice(pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.