**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Alfredo Gonzalez
                Plaintiff,

v.                                     Case No.: 1:22−cv−06496
                                              Honorable John F. Kness

Reynaldo Guevara, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 4, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Defendants' opposed motion for extension of time to disclose experts [277] is entered and continued. Plaintiff's response is due by 12/10/2025; no reply to be filed. Once the Court has reviewed the briefs, it will decide if it can rule on the briefs or whether a motion hearing is warranted. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.