**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| ALFREDO GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22 CV 06496 |
| | ) | |
| v. | ) | Hon. Judge John F. Kness |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | Hon. Magistrate Judge Heather K. McShain |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' SUPPLEMENT TO DEFENDANTS'
<u>OPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS</u>**

Defendants, by their undersigned attorneys, respectfully move to supplement their motion for a thirty-one-day extension of time to disclose experts up to and including January 5, 2026. In support thereof, Defendants state as follows:

1. Defendants incorporate their previously filed motion (Dkt. 277) but file this supplement to address an inadvertent omission on the procedural history.

2. Specifically, after this Court entered an expert discovery schedule on August 13, 2025, on October 22, 2025, Defendants moved, unopposed by Plaintiff, to extend the expert discovery deadlines based on the outstanding supplemental subpoena responses and to complete the depositions of Leo and Tiderington. That motion was granted setting the new deadlines for Defendants to disclose experts on December 5, 2025, and Plaintiff to disclose any rebuttal on January 5, 2026. (Dkts. 275, 276.)

WHEREFORE, Defendants respectfully move this Court for a thirty-one-day extension of time to disclose their experts, up to and including January 5, 2026, and February 5, 2026, for Plaintiff's rebuttal expert disclosures.

Dated: December 4, 2025

/s/Allison L. Romelfanger
Allison L. Romelfanger, Atty No. 6310033
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants Mingey, Epplen, Montilla, Paulnitsky, Schak, Yanow & Gawrys*

James G. Sotos
David A. Brueggen
Josh M. Engquist
Allison L. Romelfanger
Kyle T. Christie
Elizabeth R. Fleming
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., 1240A
(630) 735-3300
aromelfanger@jsotoslaw.com

/s/Eileen E. Rosen
Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant City of Chicago*

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Lauren M. Ferrise
Theresa Berousek Carney
Kelly A. Krauchun
Martin W. McManaman
Jacob H. Karaca
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000
arahe@rfclaw.com

Respectfully submitted,

/s/Christiane E. Murray
Christiane E. Murray
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Guevara*

Timothy Scahill
Steve Borkan
Molly E. Boekeloo
Whitney N. Hutchinson
Graham P. Miller
Emily E. Schnidt
Christiane E. Murray
Amanda Guertler
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
312-580-1030
tscahill@borkanscahill.com

2